NVB IA-11-2Adv (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Xiyi Fu (California Bar No. 278274), jackie.fu@lockelord.com
LOCKE LORD LLP, 101 Montgomery Street, Suite 1950
San Francisco, CA 94104, Tel: (415) 318-8810

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: | BK-19-10678-abl |
| PHILIP ANDREW ROY | |
| | CHAPTER 11 |
| Debtor. | |
| | Adversary Proceeding: 19-01050-abl |
| Plaintiff | |
| PHILIP ANDREW ROY, an individual, | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT |
| v. | |
| Defendant(s) | |
| U.S. BANK NATIONAL ASSOCIATION, et al. | EFFECTIVE JANUARY 1, 2015 |
| | FILING FEE IS $250.00 |

__Xiyi Fu_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in __South San Francisco__, __California_____.

2. That Petitioner is an attorney at law and a member of the law firm of __LOCKE LORD LLP_____, with offices at __101 Montgomery Street, Suite 1950, San Francisco, CA 94104_____

1  _____
2  _____,_____,_____

3. That Petitioner has been retained personally or as a member of the law firm by
U.S. BANK NATIONAL ASSOCIATION     to provide legal representation in connection
with the above-entitled case now pending before this Court.

4. That since December 2, 2011_____, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California_____ where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.                          Date Admitted

| | |
|---|---|
| U.S. District Court, N.D. California | August 23, 2016 |
| U.S. District Court, E.D. California | August 22, 2016 |
| U.S. District Court, S.D. California | August 22, 2016 |
| U.S. District Court, C.D. California | August 15, 2016 |
| U.S. Court of Appeals, Ninth Circuit | January 12, 2017 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:
None._____
_____
_____
_____.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):

2

None.

8. That Petitioner is a member of good standing in the following Bar Associations: California State Bar.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 4/2/2019 | 19-000523 | U.S. District Court, Nevada | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in

3

```
1 | this jurisdiction and that the client has consented to such representation.
2 |
3 | DATED: May 31, 2019                              _____
                                                        Petitioner's Signature
4 |
5 | STATE OF  California     )
6 |                          )
7 | COUNTY OF San Francisco  )
8 |
9 |  Xiyi Fu          , Petitioner, being first duly sworn, deposes and says:
   | That the foregoing statements are true.
10|
11|                                                 _____
                                                       Petitioner's Signature
12| (SEAL)
13|
14| Subscribed and sworn to me before this
15|
16| _____ day of _____, _____.
17|
18| _____ Notary public
```

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco
Subscribed and sworn to (or affirmed) before me on this __31st__ day of __May__, 20_19_, by __Xiyi Fu__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

APRIL M. JOHNSON
Notary Public – California
San Francisco County
Commission # 2218664
My Comm. Expires Nov 13, 2021

4



# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105    888-800-3400    AttorneyRegulation@calbar.ca.gov

## CERTIFICATE OF STANDING
(With Complaint Check Attached)

June 4, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, XIYI FU, #278274 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2011; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that no charges of professional or other misconduct have been filed with the State Bar, nor any proceedings instituted by the State Bar; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

Denise Velasco
Custodian of Records